## Commonwealth *v.* Morris, Appellant.

Submitted December 8, 1970. *B. Alan Dash, Alan Wm. Margolis,* and *Frank and Margolis,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Myers, Appellant.

Submitted December 11, 1970. *Charles Jay Bogdanoff,* and *Gekoski & Bogdanoff,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.